Date: __11-12-14__  Judge: __LIAM O'GRADY__  Reporter: __N. Linnell__
Time: __10:17__  To __11:57__  Interpreter: _____
Language: _____

UNITED STATES of AMERICA

vs.  **AMENDED**

__LORENE CHITTENDEN__  __1:12CR00394-004__
Defendant's Name  Case Number

__John Davis and Doug Ross__  __James Gillis and Julia Martinez__
Counsel for Defendant  Counsel for Government

Matter called for:
( X ) Motions    ( ) Setting Trial Date   ( ) Change of Plea Hrg.   ( ) Rule 35   ( ) Arraignment
( ) Appeal from USMC   ( ) Sentencing   ( ) Rule 20 & Plea   ( ) Probation/Supervised Release Hrg
( ) Pre-Indictment Plea   ( ) Other: _____

Defendant appeared:  ( X ) in person      ( ) failed to Appear
                     ( X ) with Counsel   ( ) without counsel     ( ) through counsel

Motion hearing held regarding the following motions:
Government's [166] Motion for Forfeiture of Property.
Government's [170] Motion to Amend/Correct Judgment.
Government's [173] Motion for Entry of Restitution Order.

Government adduced evidence and called one witness, Special Agent Spencer Brooks. Government rests.
Defendant did not adduce evidence and rested.
Further briefing needed by the Court. Government's brief due in 30 days, with defendant's response due 3 weeks thereafter and the Government's response due on January 14, 2015.
Order to follow.

Defendant continued on bond.